UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TIMOTHY AND DARLA MEYER,** *Plaintiffs,* | : : : | **CIVIL ACTION NO:** |
| vs. | : : | **JUDGE:** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant.* | : : : | **MAGISTRATE JUDGE:** |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendant, **State Farm Fire and Casualty Company** ("State Farm"), who, pursuant to *28 U.S.C. § 1441 and 1446*, and with full reservation of rights, respectfully submit this Notice of Removal to the United States District Court for the Western District of Louisiana, Lake Charles Division, and aver that the captioned matter is being removed to this Court for the reasons set forth below:

1.

On or about July 8, 2022, Plaintiffs, Timothy and Darla Meyer, filed the instant civil action in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, styled *"Timothy and Darla Meyer vs. State Farm Fire and Casualty Company,"* Docket No. 2022-2869, Div. B.

2.

On October 5, 2022, Defendant, State Farm, was served with Plaintiffs' Responses to Requests for Admissions. The responses contained an admission pursuant to *La. Code of Civ. Proc. art. 893(A)(1)*, that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. The instant Notice of Removal was filed within thirty (30) days following

receipt by Defendant, State Farm, through service of the referenced responses to written discovery. These responses constituted "other paper" pursuant to 28 U.S.C. § 1446(b)(2)(C)(3).

3.

The following is a list of the parties involved in the case with a listing of their attorneys:

**Timothy and Darla Meyer**
Represented by:
**Somer G. Brown**
**Cox, Cox, Filo, Camel & Wilson, LLC**
**723 Broad Street**
**Lake Charles, LA 70601**
Email: somer@coxatty.com

**State Farm Fire and Casualty Company**
Represented by:
**CHRISTOPHER P. IEYOUB**
**V. ED MCGUIRE, III**
**TAYLOR A. THIBODEAUX**
Plauché, Smith & Nieset, L.L.C.
718 Ryan Street
P.O. Drawer 1705
Lake Charles, LA  70602
Phone:  (337) 436-0522
Fax:      (337) 436-9637
Email: cieyoub@psnlaw.com
         emcguire@psnlaw.com
         tthibodeaux@psnlaw.com

4.

Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal, filed within thirty (30) days of notice that the action is susceptible to federal jurisdiction, is timely.

5.

Pursuant to 28 U.S.C. § 1446(b) and 28 U.S.C. § 1332(a)(1), there is complete diversity of citizenship between the properly joined parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, if any.

6.

At the time of the filing of Plaintiffs' *Petition for Damages*, Plaintiffs were domiciled in Calcasieu Parish, Louisiana, and thus is a citizen of the State of Louisiana for purposes of *28 U.S.C. § 1332*.

7.

At the time of the filing of the *Petition for Damages*, and at all times relevant to these proceedings, Defendant, State Farm, was, and remains, an Illinois Corporation, with its principal place of business in Bloomington, Illinois, and is thus a citizen of the State of Illinois for purposes of *28 U.S.C. § 1332*. Accordingly, complete diversity exists between Plaintiffs and Defendant, State Farm.

8.

Pursuant to *Louisiana Code of Civil Procedure, Article 893(A)(1)*, no specific monetary amount of damages shall be included in the allegations or prayer for relief of any petition for damages. However, a plaintiff is required to allege whether the damages are sufficient to establish the jurisdiction of a Federal Court. Plaintiffs, in the above-captioned matter, failed to include this mandatory allegation in their Petition for Damages. Pursuant to *Louisiana Code of Civil Procedure, Article 893(A)(1)*, Defendant, State Farm, propounded a request for admission to Plaintiffs as to whether the amount in controversy was less than $75,000.00 exclusive of interest and costs. On October 5, 2022, Plaintiffs responded to the request for admission by admitting that the amount in controversy exceeds $75,000.00 exclusive of interest and costs. *See Exhibit A.*

9.

Pursuant to *28 U.S.C. § 1446*, a defendant generally has only thirty (30) days from receipt of the initial pleading to remove a matter to federal court. It is conceded that this matter was

removed more than thirty (30) days after Defendant's receipt of the initial pleading. However, *28 U.S.C. § 1446* contains an exception for matters that are not removable as initially filed. Pursuant to *28 U.S.C. § 1446*, a suit is removable "within thirty days after receipt by defendant ... of a copy of an amended pleading, motion, order or *other paper* from which it may first be ascertained that the case is one which is or has become removable...." [emphasis added]. The US District Court, Western District of Louisiana, has held that discovery responses constitute "other paper" for the purposes of *28 U.S.C. §* 1446. In this matter, Plaintiffs' discovery responses dated October 5, 2022 constituted an "other paper".

10.

Since complete diversity of citizenship exists between Plaintiffs and Defendant, and since it is apparent that the amount in controversy can be expected with reasonable certainty under Louisiana law to exceed $75,000.00, this Honorable Court has jurisdiction over the subject matter of the claim filed by Plaintiffs, Timothy and Darla Meyer, pursuant to *28 U.S.C. § 1332*. Accordingly, the action is properly removed to this Court pursuant to the provisions of *28 U.S.C. § 1441*.

11.

Written notice of the filing of this Notice of Removal and of the Removal of the above action is being delivered to Plaintiffs through their counsel of record. A copy of this Notice of Removal will be filed promptly with the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

\* \* \* \* \*

WHEREFORE, Defendant, **State Farm Fire and Casualty Company**, prays that:

1. This Notice of Removal be deemed good and sufficient; and

2. The referenced *Petition for Damages* be removed from 14th Judicial District Court, Calcasieu Parish, Louisiana, to this Honorable Court for further proceedings.

THEREAFTER, Defendant prays that this action proceed as if the litigation had been commenced originally in this Court.

Respectfully submitted:
**PLAUCHÉ, SMITH & NIESET, L.L.C.**

By: */s/ Taylor A. Thibodeaux*
**CHRISTOPHER P. IEYOUB (#16978)**
**V. ED MCGUIRE, III (#23861)**
**TAYLOR A. THIBODEAUX (#38423)**
718 Ryan Street
P.O. Drawer 1705
Lake Charles, LA 70602
Phone: (337) 436-0522
Fax: (337) 436-9637
cieyoub@psnlaw.com
emcguire@psnlaw.com
tthibodeaux@psnlaw.com
**Attorneys for Defendant,**
**STATE FARM FIRE and CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October, 2022 a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent to counsel of record by electronic mail, facsimile and/or U.S. First Class Mail, and by operation of the court's electronic filing system.

By: /s/ Taylor A. Thibodeaux
TAYLOR A. THIBODEAUX